# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL BERRY,<br><br>               Plaintiff,<br><br>  v.<br><br>STATE OF NEVADA, *et al.*,<br><br>              Defendants. | 3:22-cv-00079-MMD-CSD<br><br>**ORDER** |

    Before the court is Plaintiff's Request for Extension of Deadline (ECF No. 3).

    Pursuant to the court's order of February 28, 2022 (ECF No. 2), giving Plaintiff until March 30, 2022, to file his IFP application and financial certificate, Plaintiff's request (ECF No. 3) is **GRANTED** to the extent that Plaintiff shall have to including **Friday, April 15, 2022**, in which to file a completed IFP application and financial certificate.

    **IT IS SO ORDERED.**

    DATED: March 10, 2022.

                                         _____
                                         **UNITED STATES MAGISTRATE JUDGE**