# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL BERRY,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>STATE OF NEVADA, et al.,<br><br>　　　　　Defendants. | 3:22-cv-00079-MMD-CSD<br><br>**ORDER RE: CHANGE OF ADDRESS** |

The court has received information via an undeliverable notice (ECF No. 6) that Plaintiff may now be housed at Southern Desert Correctional Center. If so, Plaintiff is directed to immediately file a notice of change of address in accordance with LR IA 3-1.

This order shall be served upon Plaintiff in care of the Southern Desert Correctional Center and Lovelock Correctional Center.

**IT IS SO ORDERED.**

DATED: March 16, 2022.

_____
**UNITED STATES MAGISTRATE JUDGE**