# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL BERRY,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>STATE OF NEVADA, et al.,<br><br>　　　　　　　　　　　Defendants. | 3:22-cv-00079-MMD-CSD<br><br>**ORDER**<br><br>Re: ECF No. 10 |

Before the court is Plaintiff's Motion for Extension of Deadline (ECF No. 10). Plaintiff requests an additional thirty (30) days to file his financial certificate as he has not received the "financial certificate back from NDOC staff." (*Id.*)

Good cause appearing, Plaintiff's Motion for Extension of Deadline (ECF No. 10) is **GRANTED**. Plaintiff shall have to and including **Friday, May 20, 2022**, in which to file his completed IFP application and financial certificate pursuant to the court's order of February 28, 2022 (ECF No. 2).

**IT IS SO ORDERED.**

DATED: April 19, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1